Solomon Stern v. Metropolitan Life Insurance Company.— Motion to dismiss appeal granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Solomon Stern v. Metropolitan Life Insurance Company.— Motion to vacate stay denied, without costs. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Hugo H. Piesen v. Mary E. Mitchell and Others. Hugo H. Piesen v. Mary E. Mitchell and Others.— Motions granted unless appellant complies with terms stated in orders. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Anglesea Weeks v. Interboro Rapid Transit Company and Another. Anita Clark v. Interboro Rapid Transit Company and Another. Meta Buckman v. Interboro Rapid Transit Company and Another.— Motions granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edwin Q. Cooper v. Isaac Norove.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sussman Goldreyer v. Morris Shalita.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ebling Brewing Company v. Hermine Peter.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Roscoe K. Ingalls v. Hammond Typewriter Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotckhiss, JJ.

Mayor, Lane & Company v. Commercial Insurance Company.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Harry J. Fitzgerald v. Walter C. Kelly.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Harry J. Fitzgerald v. Walter C. Kelly.— Motion for stay granted. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Adolph Kugel v. Ostro Construction Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Adolph Kugel v. Ostro Construction Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Kathrine C. Gould v. Howard Gould.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.